SNR ROULEMENTS, KOYO SEIKO CO., LTD., KOYO CORPORATION OF U.S.A., NSK CORPORATION, NSK BEARINGS EUROPE, LTD., NSK LTD., NTN-BCA CORPORATION, NTN BOWER CORPORATION, NTN-DRIVESHAFT, INC., AMERICAN NTN BEARING MANUFACTURING CORP., NTN BEARING CORPORATION OF AMERICA, NTN CORPORATION, INA-SCHAEFFLER KG, INA USA CORPORATION, Plaintiffs, v. UNITED STATES, Defendant, and THE TORRINGTON COMPANY, Defendant-Intervenor.

Consol. Court No. 01–00686

*JUDGMENT ORDER*

GOLDBERG, Senior Judge: Upon consideration of the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand ("Redetermination Results") filed pursuant to the Court's decision in *SNR Roulements v. United States,* Slip Op. 04–100 (Aug. 10, 2004), and all other papers filed herein, and no parties having filed comments regarding the Redetermination Results, it is hereby

ORDERED that the Redetermination Results are sustained in all respects.

SO ORDERED.